IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

Courtroom Deputy: Laura Galera                Date: August 15, 2012
Court Reporter:     Kara Spitler

Criminal/Civil Action No. 12-cv-02056-RBJ

*Parties*:                                    *Counsel*:

WILLIAM LEE,                                  Jay Swearingen

    Plaintiff,

v.

THE STATE OF COLORADO,                        Skippere Spear
CLEAR CREEK COUNTY,
CLEAR CREEK COUNTY SHERIFF'S
DEPARTMENT, and
CLEAR CREEK COUNTY ANIMAL                     Andrew McLetchie
CONTROL OFFICER STACI                         Timothy Schimberg
MCBRAYER,

    Defendant.

COURTROOM MINUTES

**IN COURT HEARING**

**Court in session:     9:38 a.m.**

Appearances of counsel.

Discussion regarding service of Defendant The State of Colorado.

Mr. Spear waives service as to the State of Colorado by his statements made on the record today.

Argument regarding jurisdiction by Mr. Swearingen and Mr. Spear as to The State of Colorado.

Argument by Mr. Swearingen as to the Emergency Motion for a Temporary Restraining Order

and Preliminary Injunction Doc.# [10].

Argument by Mr. McLetchie as to the Emergency Motion for a Temporary Restraining Order and Preliminary Injunction Doc.# [10].

Defendant's witness, Staci McBrayer, called and sworn.

10:46 a.m.     Direct examination of Ms. McBrayer by Mr. McLetchie.

10:53 a.m.     Cross examination of Ms. McBrayer by Mr. Swearingen.

10:55 a.m.     Redirect examination of Ms. McBrayer by Mr. McLetchie.

10:55 a.m.     Court questions the witness.

**ORDERED:**   Motion to Dismiss Without Prejudice Doc.# [16] is GRANTED.

**ORDERED:**   Mr. Spear's Oral Motion to Dismiss The State of Colorado is GRANTED.

Court will take the representation of defense counsel that they will not move the animals until the Court has made its ruling.

**ORDERED:**   Emergency Motion for a Temporary Restraining Order and Preliminary Injunction Doc.# [10] is TAKEN UNDER ADVISEMENT.

**Court in recess:     11:02 a.m.**

Hearing concluded.

Total time:    01:24